IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff                        Case No. 1:12-17

vs.                                    HONORABLE JANET T. NEFF

RAJESH MAKWANA and
CLINTON CORNELL,

        Defendants

------------------------------------------------/

**DEFENDANTS' JOINT MOTION TO SUPPRESS
AND FOR A HEARING**

NOW COME the defendants, Rajesh Makwana and Clinton Cornell, by and through their attorneys, Dodge & Dodge, P.C. and Frank Stanley, and respectfully move this Court to suppress evidence seized without a warrant and in violation of the 4th Amendment. The defendants are respectfully requesting an evidentiary hearing where evidence can be put on the record. The reasons which support this Motion are set forth in the attached Memorandum in Support.

                                                                 Respectfully submitted,

Grand Rapids, MI

September 24, 2012

/s/ David A. Dodge                             /s/ Frank Stanley
David A. Dodge (P22906)              Frank Stanley (P28826)
Attorney for Makwana                   Attorney for Cornell
Dodge & Dodge, P.C.                     200 North Division Avenue
200 North Division Avenue           Grand Rapids, MI 49503
Grand Rapids, MI 49503              (616) 459-8600
(616) 459-3850